United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ned E. Cline, et al.,

       Plaintiffs,

   v.

CBS Corporation, et al,

       Defendants.
_____/

Case No. C 10-1256   JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: March 30, 2010

JAMES LARSON
United States Magistrate Judge