UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>NED E. CLINE, et al.,<br>    Plaintiffs,<br>v.<br>CBS CORPORATION, et al.,<br>    Defendants. | Case No. CV-10-1256 SI |

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT TATE ANDALE, INC. WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Ned E. Cline, et al. and counsel for Defendant TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO., that the Complaint of Plaintiffs Ned E. Cline, et al., Case No. CV-10-1256 SI, in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

//

The parties shall each bear their own costs.

Dated: July 2, 2010

_____
PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
paula.rasmussen@bcoonlaw.com
P: (415) 489-7420   (415) 489-7426
Attorney for Plaintiffs NED E. CLINE, et al.

Dated: July 6, 2010

_____
SHARI I. WEINTRAUB CSB #195250
GORDON & REES LLP
101 W. BROADWAY, SUITE 2000
SAN DIEGO 92101, CA 94105
sweintraub@gordonrees.com
P: (619) 696-6700   F: (619) 696-7124
Attorney for Defendant TATE ANDALE, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS NED E. CLINE, ET AL.'S COMPLAINT AS TO DEFENDANT TATE ANDALE, INC. IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: _____, 2010

_____
HONORABLE SUSAN ILLSTON