Richard A. Brody, Esq. (SBN 100379)
E-mail Address: rick.brody@bcoonlaw.com
Paula A. Rasmussen, Esq. (SBN 258352)
E-mail Address: paula.rasmussen@bcoonlaw.com
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile:  415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED E. CLINE and JULIE A. CLINE, | Case No. CV-10-1256 SI |
| Plaintiffs, | **[Proposed] ORDER GRANTING REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE** |
| v. | |
| CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; ELECTRIC BOAT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; LESLIE CONTROLS, INC.; NORTHROP GRUMMAN CORPORATION, individually and as successor in interest to NEWPORT NEWS SHIPBUILDING; TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO.; THE NASH ENGINEERING COMPANY; VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION; and WARREN PUMPS, LLC, | Complaint Filed:      March 25, 2010<br>Amended Complaint: May 3, 2010<br>Trial Date:                Not Set |

1 | This is an asbestos-related personal injury action that plaintiffs originally filed in the Northern District Court on March 25, 2010 (Case No. CV-20-2356 SI). Plaintiffs filed a First Amended Complaint on May 3, 2010. On June 8, 2010, defendants CBS Corporation and General Electric Company filed a Notice of Tag-Along Action and a letter to the Court of Tag-Along Action (See attachment A). On June 9, 2010, defendant Viad Corporation also filed a Notice of Tag-Along Action.

The parties expect the United States Judicial Panel on Multidistrict Litigation ("JPML") to issue a Conditional Transfer Order ("CTO"), which would transfer this case to the Eastern District of Pennsylvania, to be part of Multidistrict Litigation no. 875 ("MDL 875").

Having read the moving papers, the stipulation signed by all parties in this case, and good cause appearing, IT IS HEREBY ORDERED:

The motion is GRANTED.

Therefore the scheduling conference is continued at least sixty days until September 10, 2010.

DATED: _____, 2010

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge
Northern District of California

*Cline v. CBS Corporation, et al.*
Case No. CV-10-1256 SI

[PROPOSED] ORDER GRANTING CONTINUANCE
OF SCHEDULING CONFERENCE

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**[Proposed] ORDER GRANTING REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**

[XX]   BY ELECTRONIC SERVICE: I caused each such document to be delivered by electronic mail to the addressee(s) noted below or on the attachment herein. The service was addressed or directed as follows:

**See attached service list and the Northern District of California's Court's CM/ECF service list.**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: July 8, 2010

_____
Michelle Dantzman

---

*Cline v. CBS Corporation, et al.*　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE
Case No. CV-10-1256 SI

1

SERVICE LIST          Ned E. Cline & Julie A. Cline, v. CBS Corp., et al          CV101256          7/8/2010

FOSTER WHEELER USA CORPORATION
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

LESLIE CONTROLS, INC
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

WARREN PUMPS LLC
**CARROLL, BURDICK & MCDONOUGH LLP-
UNDER REVIEW**


P:                   F:

VIAD CORPORATION, INDIVIDUALLY
AND AS SUCCESSOR IN INTEREST TO
GRISCOM-RUSSELL AND DIAL
CORPORATION
**DAVIS LAW FIRM**
3620 Fair Oaks Boulevard Suite 200
SACRAMENTO, CA 95864
P: (916) 333-5363    F: (916) 333-5373

TATE ANDALE, INC., INDIVIDUALLY AND
AS SUCCESSOR-IN-INTEREST TO C.H.
WHEELER MANUFACTURING CO.
**GORDON AND REES LLP**
101 W BROADWAY ST STE 1600
SAN DIEGO, CA 92101
P: (619) 696-6700    F: (619) 696-7124

NORTHROP GRUMMAN CORPORATION,
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO NEWPORT NEWS
SHIPBUILDING
**HAIGHT BROWN AND BONESTEEL**
71 STEVENSON STREET 20TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 546-7500    F: (415) 546-7505

CBS CORPORATION, FORMERLY KNOWN
AS VIACOM, INC., INDIVIDUALLY AND
AS SUCCESSOR IN INTEREST TO
WESTINGHOUSE ELECTRIC AND BF
STURDEVANT COMPANY
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170    F: (213) 623-3594

GENERAL ELECTRIC COMPANY
**SEDGWICK DETERT MORAN AND ARNOLD
LLP**
ONE MARKET PLAZA, STEUART TOWER, 8TH
FL
SAN FRANCISCO, CA 94105
P: (415) 781-7900    F: (415) 781-2635