# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. CV-10-1256 SI |
| NED E. CLINE and JULIE A. CLINE, | |
| Plaintiffs, | |
| v. | |
| CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; ELECTRIC BOAT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; LESLIE CONTROLS, INC.; NORTHROP GRUMMAN CORPORATION, individually and as successor in interest to NEWPORT NEWS SHIPBUILDING; VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION; and WARREN PUMPS, LLC, | |
| Defendants. | |

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT CBS CORPORATION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiffs Ned E. Cline, et al. and counsel for Defendant CBS CORPORATION that the

1

Complaint of Plaintiffs Ned E. Cline, et al., Case No. CV-10-1256 SI, in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

The parties shall each bear their own costs.

Dated: July 21, 2010

PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
paula.rasmussen@bcoonlaw.com
P: (415) 489-7420   F: (415) 489-7426
Attorney for Plaintiffs NED E. CLINE, et al.

Dated: July 21, 2010

KEVIN D. JAMISON, ESQ. CSB #222105
POND NORTH LLP
350 SOUTH GRAND AVENUE, SUITE 2850
LOS ANGELES, CA 90071
P: (213) 617-6170  F: (213) 623-3594
kjamison@pondnorth.com
Attorney for Defendant CBS CORPORATION

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS NED E. CLINE, ET AL.'S COMPLAINT AS TO DEFENDANT CBS CORPORATION IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: _____, 2010

_____
HONORABLE SUSAN ILLSTON

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANT CBS CORPORATION WITHOUT PREJUDICE**

[XX]   **BY ELECTRONIC SERVICE:** I caused each such document to be delivered by electronic mail to the addressee(s) noted below or on the attachment herein. The service was addressed or directed as follows:

**See attached service list and the Northern District of California's Court's CM/ECF service list.**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: July 23, 2010

_____
Michelle Dantzman

---

*Cline v. CBS Corporation, et al.*  
Case No. CV-10-1256 SI

CERTIFICATE OF SERVICE

FOSTER WHEELER USA CORPORATION
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300     F: (415) 808-0333

WARREN PUMPS LLC
**CARROLL BURDICK ET AL**
44 MONTGOMERY ST STE 400
SAN FRANCISCO, CA 94104
P: (415) 989-5900     F: (415) 989-0932

VIAD CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GRISCOM-RUSSELL AND DIAL CORPORATION
**DAVIS LAW FIRM**
3620 Fair Oaks Boulevard Suite 200
SACRAMENTO, CA 95864
P: (916) 333-5363     F: (916) 333-5373

NORTHROP GRUMMAN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NEWPORT NEWS SHIPBUILDING
**HAIGHT BROWN AND BONESTEEL**
71 STEVENSON STREET 20TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 546-7500     F: (415) 546-7505

ELECTRIC BOAT CORPORATION
**JACKSON JENKINS RENSTROM LLP**
55 Francisco Street, 6th Floor
SAN FRANCISCO, CA 94133
P: (415) 982-3600     F: (415) 982-3700

GENERAL DYNAMICS CORPORATION
**JACKSON JENKINS RENSTROM LLP**
55 Francisco Street, 6th Floor
SAN FRANCISCO, CA 94133
P: (415) 982-3600     F: (415) 982-3700

CBS CORPORATION, FORMERLY KNOWN AS VIACOM, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO WESTINGHOUSE ELECTRIC AND BF STURDEVANT COMPANY
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170     F: (213) 623-3594

GENERAL ELECTRIC COMPANY
**SEDGWICK DETERT MORAN AND ARNOLD LLP**
ONE MARKET PLAZA, STEUART TOWER, 8TH FL
SAN FRANCISCO, CA 94105
P: (415) 781-7900     F: (415) 781-2635