A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Jul 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 08, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

C 10 - 1256 SI
(SEE ATTACHED SCHEDULE)

FILED

AUG - 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-337)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,318 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 7/26/2010

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                          MDL No. 875

### SCHEDULE CTO-337 - TAG-ALONG ACTIONS

| <u>DIST.</u> | <u>DIV.</u> | <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|---|---|

**CALIFORNIA CENTRAL**

| CAC | 2 | 10-3781 | Debra Neubrand, et al. v. A.W. Chesterton Co., et al. |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| CAN | 3 | 10-1048 | Alan Bond v. CBS Corp., et al. |
|---|---|---|---|
| CAN | 3 | 10-1078 | Johnie D. Pelfrey, Jr., et al. v. CBS Corp., et al. |
| CAN | 3 | 10-1256 | Ned E. Cline, et al. v. CBS Corp., et al. |
| ~~CAN~~ | ~~3~~ | ~~10-2111~~ | ~~Charles Luce, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Opposed 7/13/10** |
| ~~CAN~~ | ~~3~~ | ~~10-2214~~ | ~~Frances Hruska, et al. v. A.W. Chesterton Co., et al.~~ **Vacated 7/23/10** |
| CAN | 3 | 10-2670 | Valerie Anderson, et al. v. General Dynamics Corp. |
| CAN | 4 | 10-1231 | Maureen Grapenthin, et al. v. CBS Corp., et al. |

**CONNECTICUT**

| CT | 3 | 09-1053 | John Pianko, et al. v. General Electric Co., et al. |
|---|---|---|---|
| CT | 3 | 09-2085 | Lieselotte Zoldak, etc. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 10-50 | Timothy O. Moore, et al. v. CBS Corp., et al. |
| CT | 3 | 10-178 | Anthony Ferraiuolo, et al. v. Alfa Laval, Inc., et al. |
| CT | 3 | 10-310 | Dennis Gagnon v. CBS Corp., et al. |
| CT | 3 | 10-660 | Susan Lawton, etc. v. General Electric Co., et al. |
| CT | 3 | 10-845 | Joseph Killimade v. General Electric Co., et al. |

**DELAWARE**

| DE | 1 | 09-870 | Abed Semsarzadeh, et al. v. Ametek Inc., et al. |
|---|---|---|---|

**LOUISIANA EASTERN**

| LAE | 2 | 09-5896 | Judy Tabor v. George Engine Co., Inc., et al. |
|---|---|---|---|

**MAINE**

| ME | 2 | 10-212 | Willis Moore, et al. v. Metropolitan Life Insurance Co., et al. |
|---|---|---|---|

**NORTH CAROLINA MIDDLE**

| NCM | 1 | 10-394 | Edith Brown Kurfees, etc. v. Daniel International Corp., et al. |
|---|---|---|---|

**NORTH CAROLINA WESTERN**

| NCW | 1 | 09-454 | William Frank Byrum, et al. v. 3M Co., et al. |
|---|---|---|---|

**MDL No. 875 – Schedule CTO-337 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**NEW JERSEY**

| NJ | 3 | 10-2686 | Armand Deuber v. Asbestos Corp., Ltd., et al. |

**RHODE ISLAND**

| RI | 1 | 09-514 | Linda Groves, etc. v. A.W. Chesterton Co., et al. |

**VIRGINIA EASTERN**

| ~~VAE~~ | ~~4~~ | ~~10-3275~~ | ~~Brenda J. Hartshorn v. Newport News Shipbuilding and Dry Dock Co., et al.~~ **Opposed 7/22/10** |
| ~~VAE~~ | ~~4~~ | ~~10-3276~~ | ~~Brenda J. Hartshorn v. Newport News Shipbuilding and Dry Dock Co., et al.~~ **Opposed 7/22/10** |
| VAE | 4 | 10-3277 | Bernadine Adkins v. Air & Liquid Systems Corp., et al. |

**WISCONSIN EASTERN**

| WIE | 1 | 10-231 | Barbara L. Shew, etc. v. A.W. Chesterton Co., et al. |

**WISCONSIN WESTERN**

| WIW | 3 | 10-220 | Benjamin J. Yantorni, et al. v. Bondex International, Inc., et al. |

# RECEIVED

JUL 3 0 2010

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-337) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure