James P. Cunningham, No. 121406
Jeffrey T. Thayer, No. 215911
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:      415.989.5900
Facsimile:      415.989.0932
Email:          jcunningham@cbmlaw.com
                jthayer@cbmlaw.com

Attorneys for Defendant
WARREN PUMPS, LLC

### THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED E. CLINE and JULIE A. CLINE, | No. CV-10-1256 SI |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| CBS CORPORATION, et al., | |
| Defendants. | Complaint Filed:  March 12, 2010<br>Trial Date:     None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Warren Pumps, LLC makes the following substitution of attorneys:

///
///
///
///
///
///
///
///
///

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF486499

1    Former legal representative Jeffrey T. Thayer, Esq. of Carroll, Burdick &

2   McDonough LLP, 44 Montgomery Street, Suite 400, San Francisco, California 94104;

3   telephone (415) 989-5900;

4    Now represented by Jeffrey T. Thayer, Esq. of Liner Grode Stein Yankelevitz

5   Sunshine Regenstreif & Taylor LLP, 199 Fremont Street, 20th Floor, San Francisco,

6   California 94105, telephone (415) 489-7700.

7

8    Dated: July 6, 2010

9

10                         CARROLL, BURDICK & McDONOUGH LLP

11

                         By _____

12                              Jeffrey T. Thayer

13    Dated: July 6, 2010

14

15                         LINER GRODE STEIN YANKELEVITZ
                         SUNSHINE REGENSTREIF & TAYLOR LLP
16

17                         By _____

18                              Jeffrey T. Thayer

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF486499

-2-

1 | *Ned E. Cline, et al. v. CBS Corporation, et al.*
Northern District Court, Action No. 10-CV-1256 SI

2

3

4 | ### PROOF OF SERVICE

5

6 |     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My electronic notification address is

7 | ddilling@linerlaw.com and my business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255.  On August 4, 2010, I served the within document(s) described as:

8

9 | ### Substitution of Attorneys

10 | on all parties via the Northern District Court CM/ECF service list stated below:

11 |     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12 |     Executed on August 4, 2010, at San Francisco, California.

13

14

15

16 | _____
    Debi Dilling

17 |     (Type or print name)          (Signature)

18

19

20

21

22

23

24

25

26

27

28

1

0030097/001/ 49048v01